# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103

*Phone:*   *(215) 569-5691*
*Fax:*     *(215) 832-5691*
*Email:*   *Shtasel@blankrome.com*

January 15, 2019

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
Central Islip, NY 11722

        Re:     *United States v. Muriel Bescond,* **Cr. No. 17-464**

Dear Judge Seybert:

    We write to advise the Court that defendant Bescond seeks to submit a response to the government's belated submission purportedly demonstrating that the Indictment in this matter was returned within the statute of limitations. Although the government's submission was due on January 7, 2019, it was not filed until January 11, 2019. Moreover, the government filed the submission under seal without providing a copy to the defense. It was not until January 14, 2019, after multiple requests, that the government sent a copy of the submission to the defense.

    As forecasted by the defense at oral argument, the government's submission of blanket tolling orders proves nothing. We respectfully request the opportunity to respond to the government's submission, and demonstrate why the government has failed to meet its burden concerning the statute of limitations, by January 25, 2019.

# BLANKROME

The Honorable Joanna Seybert
January 15, 2019
Page 2

We appreciate the Court's consideration of this matter.

Respectfully submitted,

BLANK ROME LLP                                    LAURENT COHEN-TANUGI AVOCATS

By:  *s/ Laurence S. Shtasel*                     *s/ Laurent Cohen-Tanugi*
     Laurence S. Shtasel                          Laurent Cohen-Tanugi
     Reg. # 2333110                               Reg. # 1971555
     One Logan Square                             20, Boulevard des Invalides
     Philadelphia, PA  19103                      75007 Paris France
     Tel: (215) 569-5691                          Tel: +33 (0) 1 47 05 38 00

*Attorneys for Muriel Bescond*

LSS/mp
cc:   Timothy A. Duree, Esquire
      Matthew S. Amatruda, Esquire