

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2022

<u>By ECF</u>

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Muriel Bescond
            <u>Criminal Docket No. 17-464 (JS)</u>

Dear Judge Seybert:

      The government respectfully submits this unopposed request for a two-week adjournment, from June 15, 2022, to June 29, 2022, of the deadline to respond to Bescond's motion for reconsideration. We've discussed this request with Counsel for Ms. Bescond, Laurence S. Shtasel, and he had no objection.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/_____
      Shannon C. Jones
      Assistant U.S. Attorney
      (718) 254-6379

Cc: Defense counsel (by ECF)